FARM FAMILY CASUALTY INSURANCE COMPANY, Appellant, v HABITAT REVIVAL, LLC, et al., Respondents.

Submitted June 18, 2012; decided August 30, 2012

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.